UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, CHARLESTON, SC
2006 JUN 15 A 10: 52

| | |
|---|---|
| Tyrone Lorenzo Robinson, | ) Civil Action No. 2:06-1492-SB |
| Plaintiff, | ) |
| -vs- | ) **ORDER** |
| S.C. Department of Public Safety Highway Patrol; and in his Individual Capacity and Official Capacity Joseph Franklin Clipse, | ) |
| Defendant. | ) |

This matter is before the Court on the <u>pro se</u> Plaintiff's complaint under 42 U.S.C. § 1983. On May 24, 2006, the Magistrate Judge issued a report analyzing the complaint and recommending that this action be dismissed without prejudice and without issuance or service of process, as it is identical to an already-pending action before the Court. <u>See</u> Civil Action No. 2:06-1288-SB-RSC.

Attached to the report and recommendation was a notice giving the Plaintiff ten days in which to file objections. Within the time specified, the Plaintiff submitted a motion to dismiss, indicating that he "willing[ly]" dismisses this action in full.

Based on the foregoing, it is

ORDERED that this action is dismissed without prejudice and without issuance or service of process.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

June 14, 2006
Charleston, S.C.